AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**Felix Mares-Ortega**
A205 469 308
AKA:

IAE    YOB:   1993
Mexico
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

JUN 23 2015

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:    M-15-1018-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 21, 2015__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Donna, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Felix Mares-Ortega was encountered by Border Patrol Agents near Donna, Texas on June 21, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 21, 2015, near Donna, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 25, 2015 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 23, 2015, the defendant was convicted of Possession with Intent to Distribute 241 Kg of Marijuana, and was sentenced to thirty-three (33) months and twenty-three (23) days confinement (Time Served).

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

approved by
AUSA *[signature]*

Sworn to before me and subscribed in my presence,

**June 23, 2015**

**Dorina Ramos**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
**Cipriano Shears**        **Senior Patrol Agent**

*[signature]* Dorina Ramos
Signature of Judicial Officer